IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AFZAL TRADERS, LLC**                                                                                 **PLAINTIFF**

V.                              NO. 3:19-CV-247-LPR

**FAMILY DOLLAR STORES OF ARKANSAS, LLC**                              **DEFENDANT**

### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed. IT IS THEREFORE ORDERED that Plaintiff's Complaint and all claims in this action against Defendant, as well as Defendant's Counterclaim and all claims in this action against Plaintiff, are hereby dismissed. The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 28th day of January, 2021.

_____
THE HONORABLE LEE P. RUDOFSKY
U.S. DISTRICT JUDGE