IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AFZAL TRADERS, LLC**                                                                                       **PLAINTIFF**

v.                                          Case No. 3:19-CV-247-LPR

**FAMILY DOLLAR STORES OF ARKANSAS, LLC**                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this date, it is considered, ordered, and adjudged that this case is DISMISSED with prejudice. The Court retains complete jurisdiction for 30 days to vacate the Order of Dismissal and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ADJUDGED this 28th day of January 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE